UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                  :

                  -v-                               :        15 Cr. 95 (JPC)

                                                  :        <u>ORDER</u>
SHANE BENNETT,                          :

                Defendant.              :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On May 24, 2022, the Court received a letter from Defendant Shane Bennett, which the Court filed on the docket. *See* Dkt. 3365. It is hereby ORDERED that the Government shall respond to Defendant Shane Bennett's letter by June 8, 2022.

      SO ORDERED.

Dated: May 25, 2022
       New York, New York
                                                            JOHN P. CRONAN
                                                United States District Judge