UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,                          :
:
:
:
 -v-                                     :          15 Cr. 95 (JPC)
:
:                   ORDER
:
SHANE BENNETT,                                      :
:
 Defendant.                      :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On May 24, 2022, the Court received a letter from Defendant Shane Bennett, which the Court filed on the docket. *See* Dkt. 3365. As directed by the Court, the Government responded to Defendant's letter on May 26, 2022. See Dkts. 3366, 3368. Defendant's letter appears to be a request for compassionate release pursuant to 18 U.S.C. § 3582. Before a court may consider a motion for compassionate release, a defendant must first "fully exhaust[] all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier[.]" *Id.* § 3582(c)(1)(A). Defendant's letter does not indicate whether he has exhausted his administrative rights under section 3582(c)(1)(A), either by seeking relief from the Bureau of Prisons or the warden of his facility.

Accordingly, it is hereby ORDERED that Defendant shall respond to this Order, advising the Court as to whether he has exhausted his administrative rights and, if so, how he satisfies the exhaustion requirements. If Defendant has not exhausted his administrative rights, he may renew

his request for compassionate release after he exhausts his administrative rights and does not obtain the relief sought.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Shane Bennett at the address below and to note service on the docket.

>Shane Bennett
>Register # 77938-054
>United States Penitentiary, Big Sandy
>P.O. Box 2068
>Inez, KY 41224

SO ORDERED.

Dated: May 31, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge