UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
:
:
       -v-                                              :      15 Cr. 95 (JPC)
:
:      ORDER
:
SHANE BENNETT,                                       :
:
                Defendant.                       :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On July 13, 2022, the Court received a letter from Defendant Shane Bennett, which the Court filed on the docket. *See* Dkt. 3381. It is hereby ORDERED that the Government shall respond to Defendant Shane Bennett's letter by July 27, 2022.

    SO ORDERED.

Dated: July 13, 2022
       New York, New York
                                                  JOHN P. CRONAN
                                                  United States District Judge