U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 16, 2024

**BY ECF**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Government's request is granted. The identified materials, to the extent they exist, pertaining to the Violations and all interactions between Probation and Defendant since his supervision commenced on May 12, 2023, are unsealed.

SO ORDERED
September 19, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge

Re:    *United States v. Shane Bennett*, 15 Cr. 95-43 (JPC)

Dear Judge Cronan:

The Government writes to request that certain materials be unsealed in advance of the violation of supervised release hearing currently scheduled in this matter for October 4, 2024.

To prepare for the hearing, the Government respectfully requests that portions of the United States Probation Office's ("Probation") file pertaining to the defendant be unsealed. Probation consents to this request. Specifically, Probation's file contains documents relevant to the violations alleged by Probation in the report dated June 20, 2024 (the "Violations"), that are a subject of the upcoming hearing. Probation's file also includes prior statements of U.S. Probation Officer Joshua Mack, whom the Government anticipates calling as a witness at the hearing. Finally, Probation's file also includes records of interactions between Probation and the defendant that serve as the basis for the Government's request that the Court modify the defendant's conditions of supervised release to require his participation in a mental health treatment program approved by Probation (the "Mental Health Condition"). As discussed at the conference held on September 5, 2024, the Government's request for the Mental Health Condition will also be a subject of the hearing on October 4. As such, the Government respectfully requests that the following materials, to the extent they exist, pertaining to the Violations and all interactions between Probation and the defendant since his supervision commenced on May 12, 2023, be unsealed:

(1) Chronologies, correspondence (including any text messages and other electronic communications), and other records maintained by Probation; and

(2) Memoranda from Probation to the Court.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By: _____
      Varun A. Gumaste
      Assistant United States Attorney
      (212) 637-1023

cc: Thomas Ambrosio, Esq. (by ECF)